UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN KAHENY,

    Plaintiff,

v.                    CASE NO:  8:11-cv-1358-T-33TBM

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. # 4). Plaintiff has failed to file a response thereto.[1] For the reasons that follow, the Court finds that the motion is due to be granted.

Count II of Plaintiff's Complaint is titled "Valued Policy Law" and is predicated on Florida Statute § 627.702. Defendant argues that Florida Statute § 627.702 does not provide for an independent cause of action. This Court agrees. Absent an expression of legislative intent to create a private right of action to enforce regulatory statutes, a

---

[1] The Court entered an Order to Show Cause directing Plaintiff to show cause why this motion should not be considered without his response (Doc. # 5). Plaintiff was advised that failure to respond to the Order to Show Cause would result in the Court considering the motion to be unopposed. Plaintiff did not respond to the Court's Order to Show Cause, and the Court considers the motion unopposed.

private right of action to do so is not implied.  <u>See</u>, <u>e.g.</u>, <u>United Auto. Ins. Co. v. A 1st Choice Healthcare Sys.</u>, 21 So.3d 124, 128-29 (Fla. 3d DCA 2009).  There is no such expression of legislative intent in § 627.702.  As such, Count II is due to be dismissed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. # 4) is **GRANTED**.  Count II is dismissed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>2nd</u> day of August, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2